UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NAVIDAD MARTINEZ | § § § § § § § § § § | CIVIL ACTION NO. 2:20-cv-00127 |
| **Plaintiff** | | |
| VS. | | |
| CMK2 CORPUS CHRISTI LLC | | |
| **Defendant** | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, NAVIDAD MARTINEZ Plaintiff and CMK2 CORPUS CHRISTI LLC, Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   March 8, 2021          FOR NAVIDAD MARTINEZ, Plaintiff

BY:   _/S/   R. Bruce Tharpe_____
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax

                                            Texas State Bar ID No. 19823800
                                            Federal Bar ID 13098

DATED:     March 8, 2021     FOR CMK2 CORPUS CHRISTI LLC, Defendant

                                            BY: **_/s/ Robert Galbo_**
                                            Robert Galbo
                                            GREENBERG TRAURIG, PA
                                            333 S.E. 2nd Avenue
                                            Miami, FL 33131
                                            (305) 579-0612