United States District Court
Southern District of Texas
**ENTERED**
March 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NAVIDAD MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-127 |
| | § | |
| CMK2 CORPUS CHRISTI LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal with Prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 30); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** the case. The parties shall be responsible for their own attorney's fees and court costs incurred in connection with this matter.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
    March 8, 2021